IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02327-MEH

DENNIS JOHN HINSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael E. Hegarty on August 4, 2015, incorporated herein by reference, it is

ORDERED that the Commissioner's final order is REVERSED. It is

FURTHER ORDERED that the matter is REMANDED to the Commissioner for further review and explanation. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Dennis John Hinson, and against Defendant, Carolyn W. Colvin, Commissioner of Social Security Administration.

DATED at Denver, Colorado this __4th__ day of August, 2015.

                    FOR THE COURT:

                    JEFFREY P. COLWELL, CLERK

                                            <u>s/S. Libid</u>
                                            Stacy Libid, Deputy Clerk